## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECTON, DICKINSON AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 02-1694-GMS |
| | ) | |
| v. | ) | **PUBLIC VERSION** |
| | ) | |
| TYCO HEALTHCARE GROUP LP, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER ▇▇▇▇▇▇▇▇▇▇

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

OF COUNSEL:

William F. Lee
WILMER CUTLER PICKERING HALE &
DORR LLP
60 State Street,
Boston, MA 02109
(617) 526-6000

William G. McElwain
Amy K. Wigmore
WILMER CUTLER PICKERING HALE &
DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

*Attorneys for Plaintiff*
*Becton, Dickinson and Company*

Dated: November 21, 2007
Public Version Dated: November 30, 2007

Timothy Devlin (#4241)
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070

OF COUNSEL:

John M. Skenyon
David A. Simons
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
(858)-678-5070

*Attorneys for Defendant*
*Tyco Healthcare Group LP*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECTON, DICKINSON AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 02-1694-GMS |
| | ) | |
| v. | ) | **PUBLIC VERSION** |
| | ) | |
| TYCO HEALTHCARE GROUP LP, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

███████████████

█████████████████████████████

███████████████████████████████████

██████████████████████████████████

███████████

█████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████

██████████

████████████████████████████████████

█████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████





POTTER ANDERSON & CORROON LLP

FISH & RICHARDSON P.C.

By:   */s/ David E. Moore*
        Richard L. Horwitz (# 2246)
        David E. Moore (#3983)
        Hercules Plaza, 6th Floor
        1313 North Market Street
        P.O. Box 951
        Wilmington, DE 19899-0951
        Telephone: (302) 984-6000

By:   */s/ Timothy Devlin*
        Timothy Devlin (#4241)
        919 North Market Street, Suite 1100
        P.O. Box 1114
        Wilmington, DE 19899
        Telephone: (302) 652-5070

OF COUNSEL:

OF COUNSEL:

William F. Lee
WILMER CUTLER PICKERING HALE &
DORR LLP
60 State Street,
Boston, MA 02109
(617) 526-6000

John M. Skenyon
David A. Simons
Fish & Richardson P.C.
225 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 542-5070

William G. McElwain
Amy K. Wigmore
WILMER CUTLER PICKERING HALE &
DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070

*Attorneys for Plaintiff*
*Becton, Dickinson and Company*

*Attorneys for Defendant*
*Tyco Healthcare Group LP*

        SO ORDERED this _____ day of _____, 2007.


                                        _____
                                        United States District Judge

Dated:  November 21, 2007
Public Version Dated:  November 30, 2007
834871 / 26288

4