## VERDICT FORM

**INFRINGEMENT**

A.  **Monoject Magellan Safety Needle Products**

1.  Has the patentee, Becton, Dickinson and Company ("BD"), proven by a preponderance of the evidence that the following claims of U.S. Patent No. 5,348,544 are literally infringed by Tyco Healthcare Group LP's ("Tyco Healthcare") Monoject Magellan™ safety needle products ? (If the answer to Claim 1 is "no," you must answer "no" for Claims 2, 3, 4, 6, 12, 13, and 15. If the answer to Claim 1 is "yes," you must consider this question separately for Claims 2, 3, 4, 6, 12, 13, and 15).

Claim 1:    YES ✓    NO ____

Claim 2:    YES ✓    NO ____

Claim 3:    YES ✓    NO ____

Claim 4:    YES ✓    NO ____

Claim 6:    YES ✓    NO ____

Claim 12:   YES ✓    NO ____

Claim 13:   YES ✓    NO ____

Claim 15:   YES ✓    NO ____

2.  Has the patentee, BD, proven by a preponderance of the evidence that the following claims of U.S. Patent No. 5,348,544 are literally infringed by Tyco Healthcare's Monoject Magellan™ safety needle products ? (If the answer to Claim 24 is "no," you must answer "no" for Claim 27. If the answer to Claim 24 is "yes," you must consider this question for Claim 27).

Claim 24:      YES ✓        NO____

Claim 27:      YES ✓        NO____

**B.    Monoject Magellan Blood Collector Products**

3.    Has the patentee, BD, proven by a preponderance of the evidence that the following claims of U.S. Patent No. 5,348,544 are literally infringed by Tyco Healthcare's Monoject Magellan™ blood collector products ? (If the answer to Claim 1 is "no," you must answer "no" for Claims 6, 12, and 13. If the answer to Claim 1 is "yes," you must consider this question separately for Claims 6, 12, and 13).

Claim 1:       YES ✓        NO____

Claim 6:       YES ✓        NO____

Claim 12:      YES ✓        NO____

Claim 13:      YES ✓        NO____

Dated: Nov. 30, 2007              Signed:

