

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

November 7, 2008

**VIA ELECTRONIC-FILING**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **Becton, Dickinson and Company v. Tyco Healthcare Group LP**
             **C. A. No. 02-1694-GMS**

Dear Chief Judge Sleet:

      Enclosed per the Court's October 31, 2008 Order (D.I. 406) is the Parties' agreed-upon revised Order of Permanent Injunction providing for a transitional period.

      Additionally, please find a proposed Stipulation and Order from the Parties providing for (1) the accrual of damages through the transitional period set forth in the Order of Permanent Injunction for sales of certain Monoject Magellan safety needle products and (2) an ongoing royalty until the expiration of the patent-in-suit for sales of certain Monoject Magellan and "Next Generation" blood collector products. Both Parties respectfully request entry of this Stipulation and Order in addition to the Order of Permanent Injunction.

      In agreeing to the attached Orders, Tyco Healthcare Group LP ("Tyco Healthcare") has asked us to advise you that it is not agreeing that any injunction is proper, that the patent is valid or enforceable, or that any infringement has occurred. Tyco Healthcare is reserving all of its rights as to those issues for appeal.

      Likewise, in agreeing to the attached Orders, Becton, Dickinson and Company ("BD") is not agreeing that Tyco's latchless products should not be subject to the injunction or that such products do not infringe BD's patents. BD is continuing to review the samples provided by Tyco Healthcare of the latchless products. BD thus reserves its rights to request that the court modify the Order of Permanent Injunction to address the latchless products by Friday, November 14,

2008 (including the issue of whether Tyco Healthcare must differentiate such products by name and lot number from the products found to be infringing by the jury) and/or to bring suit against the latchless products in the future.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH/msb
890483 / 26288

Enclosures
cc:  Clerk of the Court (via hand delivery) (w/enc.)
     Counsel of Record (via electronic mail) (w/enc.)