# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 02-1694-GMS |
| v. ) | |
| ) | |
| TYCO HEALTHCARE GROUP LP, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER REGARDING SUPPLEMENTAL DAMAGES AND ONGOING ROYALTIES

THE PARTIES HEREBY STIPULATE AND AGREE as follows:

I. As part of the post-verdict accounting of damages and interest relating to the Monoject Magellan safety needle products (as defined herein), as ordered by the Court on October 29, 2008 (D.I. 399, pg. 10 paragraph 4), the defendant, Tyco Healthcare Group LP ("Tyco Healthcare"), shall report and the plaintiff, Becton, Dickinson and Company ("BD"), shall include in the calculation of supplemental damages and interest, all sales of the Monoject Magellan safety needle products, designated as sales class NSBD* and/or NSOD6 and as described in Exhibit A and also having lot numbers that are entirely numerical, sold in the period beginning on October 29, 2008, and ending thirty days after entry of the Order of Injunction, filed concurrently herewith. BD shall calculate all such supplemental damages, including for the period from October 7, 2007 to October 29, 2008 and the period from October 29, 2008 until thirty days after entry of the injunction, in accordance with the methodology set forth in Part 1 of the Stipulation and Order Regarding Damages, entered by the Court on November 21, 2007 (D.I. 332). Tyco Healthcare shall report all such supplemental sales from October 7, 2007 until thirty days after entry of the Order of Injunction within 45 days after the effective date of the

injunction. Within 45 days of the report provided by Tyco Healthcare, BD shall file a calculation of damages with the Court for all such supplemental sales from October 7, 2007 until thirty days after entry of the Order of Injunction.

II. In view of the Court's denial of an injunction prohibiting the further sale of the Magellan blood collector products, and Tyco Healthcare's wish to continue to sell the Magellan blood collector products, the parties agree that Tyco Healthcare shall pay BD, for the period beginning on October 29, 2008, and continuing through the remaining life of U.S Patent No. 5,348,544 (the "'544 patent") (provided these Magellan blood collector products are found to infringe and the '544 patent is not found to be invalid or unenforceable upon final deposition of all appeals in this action or any remands therefrom), an ongoing royalty of $ 0.10 per sale of any of the following products:

(i) Monoject Magellan blood collector products, designated as sales class BCSHM and as described in Exhibit B; or

(ii) Any "Next Generation BC" products, as that term is defined in the Stipulation and Order Regarding Tyco Healthcare's "Next Generation" Blood Collector Product, filed on January 25, 2008, and entered by the Court on January 28, 2008 (D.I. 364).

III. In the event that Tyco Healthcare provides the Court with a $ 65 million bond to stay damages pending appeal, Tyco Healthcare's payment to BD of damages pursuant to Section I of this Stipulation and Order and royalties pursuant to Section II of this Stipulation and Order shall be stayed pending final disposition of all appeals in this action or any remands therefrom. During such stay, the amounts due under Section I of this Stipulation and Order for the period

from October 7, 2007 to October 29, 2008 shall accrue interest at the prevailing average prime rate, compounded quarterly. During such stay, the amounts due under Section I of this Stipulation and Order for the period from October 29, 2008 until thirty days after entry of the Order of Injunction and the amounts due under Section II of this Stipulation and Order shall accrue post-judgment interest. The Court shall maintain jurisdiction to enforce Section I and Section II of this Stipulation and Order.

IV. Nothing in this Stipulation and Order shall be construed as any admission or agreement by Tyco Healthcare that any of its products infringe any claims of the '544 patent or that any damages, interest, or royalties are properly owed to BD. Nothing herein shall be construed as an admission or agreement that the '544 patent is valid or enforceable. Nothing herein, particularly Section II, shall be construed as operating in any way to waive Tyco Healthcare's rights to or to otherwise prevent Tyco Healthcare from attacking the validity or enforceability of the '544 patent in any appeals in this action or any remands therefrom.

V. Nothing in this Stipulation and Order shall be construed as any admission or agreement by BD regarding Tyco's latchless products. Nothing herein shall be construed to waive BD's rights to request modification of the Order of Permanent Injunction and/or bring suit with respect to Tyco's latchless products. Nothing herein shall be construed to alter or waive, in any way, BD's rights to appeal any and all decisions and orders of this Court adverse to its interests.

VI. Finally, it is anticipated that the parties may wish to agree to comprehensive and convenient terms regarding the payment of the amounts ordered in Sections I and II of this Stipulation and Order, in the event such payments are ultimately due at the conclusion of all appeals and any remands therefrom in this case. The parties shall promptly notify the Court of any such agreement.

**SO ORDERED** this ____ day of _____, 2008.

_____
**CHIEF, UNITED STATES DISTRICT JUDGE**

890479 / 26288

4

# Exhibit A

| SisCl | Item | Desc |
|---|---|---|
| NSBD1 | 8881811558 | 1CC MAGELLAN TB 25X5/8 |
| NSBD6 | R8881850558 | SAFETY NEEDLE 25 X 5/8 RECALL |
| NSBD6 | R8881850810 | SAFETY NEEDLE 18 X 1 RECALL |
| NSBD6 | R8881850815 | SAFETY NEEDLE 18 X 1.5 RECALL |
| NSBD6 | R8881850910 | SAFETY NEEDLE 19 X 1 RECALL |
| NSBD6 | R8881850915 | SAFETY NEEDLE 19 X 1.5 RECALL |
| NSOD6 | 7777850010 | SAFETY NEEDLE 20GX1" BULK, NS |
| NSOD6 | 7777850015 | SAFETY NEEDLE 20X1-1/2 BULK,NS |
| NSOD6 | 7777850115 | SAFETY NEEDLE 21X1-1/2 BULK NS |
| NSOD6 | 7777850210 | SAFETY NEEDLE 22GX1" BULK, NS |
| NSOD6 | 7777850215 | SAFETY NEEDLE 22X1-1/2 BULK,NS |
| NSOD6 | 7777850310 | SAFETY NEEDLE 23GX1" BULK, NS |
| NSOD6 | 7777850358 | SAFETY NEEDLE 23GX5/8 BULK, NS |
| NSOD6 | 7777850510 | SAFETY NEEDLE 25GX1" BULK, NS |
| NSOD6 | 7777850558 | SAFETY NEEDLE 25GX5/8 BULK, NS |
| NSOD6 | 7777850810 | SAFETY NEEDLE 18GX1" BULK, NS |
| NSOD6 | 7777850815 | SAFETY NEEDLE 18X1-1/2 BULK,NS |
| NSOD6 | 7777850910 | SAFETY NEEDLE 19GX1" BULK, NS |
| NSOD6 | 7777850915 | SAFETY NEEDLE 19X1-1/2 BULK,NS |
| NSOD6 | 7777851210 | MAGELLAN 22X1" TW CLR HUB BNS |
| NSOD6 | 7777851310 | MAGELLAN 23X1" TW CLR HUB BNS |
| NSOD6 | 7777851558 | MAGELLAN 25X5/8 TW CLR HUB BNS |
| NSBD2 | 8881811310 | 1ML MAGELLAN 23 X 1 COMBO |
| NSBD2 | 8881811510 | 1ML MAGELLAN 25 X 1 COMBO |
| NSBD3 | 5551833015 | 20X1 1/2 MAGELLAN 3MLSFTY CMBO |
| NSBD3 | 5551833110 | 21X1 MAGELLAN 3MLSFTY CMBO |
| NSBD3 | 5551833115 | 21X1 1/2 MAGELLAN 3MLSFTY CMBO |
| NSBD3 | 5551833210 | 22X1 MAGELLAN 3MLSFTY CMBO |
| NSBD3 | 5551833215 | 22X1 1/2 MAGELLAN 3MLSFTY CMBO |
| NSBD3 | 5551833310 | 23X1 MAGELLAN 3MLSFTY CMBO |
| NSBD3 | 5551833510 | 25X1 MAGELLAN 3MLSFTY CMBO |
| NSBD3 | 5551833558 | 25X 5/8 MAGELLAN 3MLSFTY CMBO |
| NSBD3 | 8881833010 | MAGELLAN 3ML SAFTY COMBO 20X1 |
| NSBD3 | 8881833015 | MAGELLAN 3MLSFTY COMB 20X1 1/2 |
| NSBD3 | 8881833110 | MAGELLAN 3ML SFTY COMBO 21X1 |
| NSBD3 | 8881833115 | MAGELLAN 3MLSFTY COMB 21X1 1/2 |

| SlsCl | Item | Desc |
|---|---|---|
| NSBD3 | 8881833210 | MAGELLAN 3ML SFTY COMBO 22X1 |
| NSBD3 | 8881833215 | MAGELLAN 3MLSFTY COMB 22X1 1/2 |
| NSBD3 | 8881833310 | MAGELLAN 3ML SFTY COMBO 23X1 |
| NSBD3 | 8881833510 | MAGELLAN 3ML SFTY COMBO 25X1 |
| NSBD3 | 8881833558 | MAGELLAN 3ML SFTY COMBO 25X5/8 |
| NSBD3 | 8881833810 | MAGELLAN 3ML SFTY CMBO 18X1 |
| NSBD3 | R8881833010 | MAGLLN 3CC SAFTY CMBO 20X1 RCL |
| NSBD3 | R8881833015 | MAGLLN 3CCSFTY COMB 20X1.5 RCL |
| NSBD3 | R8881833110 | MAGLLN 3CC SFTY CMBO 21X1 RCL |
| NSBD3 | R8881833115 | MAGLLN 3CCSFTY COMB 21X1.5 RCL |
| NSBD3 | R8881833210 | MAGLLN 3CC SFTY CMBO 22X1 RCL |
| NSBD3 | R8881833215 | MAGLLN 3CCSFTY COMB 22X1.5 RCL |
| NSBD3 | R8881833310 | MAGLLN 3CC SFTY CMBO 23X1 RCL |
| NSBD3 | R8881833558 | MAGLLN 3CC SFTY CMB 25X5/8 RCL |
| NSBD3 | R8881833810 | MAGLLAN 3CC SFTY CMBO 18X1 RCL |
| NSBD4 | 5551822110 | 21X1 MAGELLAN 12MLSFTY CMBO |
| NSBD4 | 5551822810 | 18X1 MGELLAN 12MLSFTY CMBO |
| NSBD4 | 5551866115 | 21X1 1/2 MAGELLAN 6MLSFTY CMBO |
| NSBD4 | 5551866215 | 22X1 1/2 MAGELLAN 6MLSFTY CMBO |
| NSBD4 | 8881866015 | MAGELLAN 6MLSFTY CMBO 20X1 1/2 |
| NSBD4 | 8881866110 | MAGELLAN 6ML SFTY CMBO 21X1 |
| NSBD4 | 8881866115 | MAGELLAN 6MLSFTY CMBO 21X1 1/2 |
| NSBD4 | 8881866215 | MAGELLAN 6MLSFTY CMBO 22X1 1/2 |
| NSBD4 | 8881866810 | MAGELLAN 6ML SFTY CMBO 18X1 |
| NSBD4 | R8881866015 | MGLLN 6CCSFTY CMBO 20X1.5 RCL |
| NSBD4 | R8881866110 | MGLLN 6CC SFTY CMB 21X1 RCL |
| NSBD4 | R8881866115 | MGLLN 6CCSFTY CMB 21X1.5 RCL |
| NSBD5 | 8881822015 | MGELLN 12ML SFTY COMB 20X1 1/2 |
| NSBD5 | 8881822110 | MAGELLAN 12ML SAFTY COMBO 21X1 |
| NSBD5 | 8881822115 | MGELLN 12ML SFTY COMB 21X1 1/2 |
| NSBD5 | 8881822215 | MAGLLN 12ML SFTY COMB 22X1 1/2 |
| NSBD5 | 8881822810 | MAGELLAN 12ML SAFTY COMBO 18X1 |
| NSBD5 | R8881822015 | MGLLN 12CC SFTY CMB 20X1.5 RCL |
| NSBD5 | R8881822110 | MGLLN 12CC SAFTY CMB 21X1 RCL |
| NSBD5 | R8881822115 | MGLLN 12CC SFTY CMB 21X1.5 RCL |

| SisCl | Item | Desc |
|---|---|---|
| NSBD5 | R8881822810 | MGLLN 12CC SFTY CMB 18X1 RCL |
| NSBD6 | 5551850010 | SAFETY NEEDLE 20X1 INTL |
| NSBD6 | 5551850015 | SAFETY NEEDLE 20X1 1/2 INTL |
| NSBD6 | 5551850110 | SAFETY NEEDLE 21X1 INTL |
| NSBD6 | 5551850115 | SAFETY NEEDLE 21X1 1/2 INTL |
| NSBD6 | 5551850210 | SAFETY NEEDLE 22X1 INTL |
| NSBD6 | 5551850215 | SAFETY NEEDLE 22X1 1/2 INTL |
| NSBD6 | 5551850310 | SAFETY NEEDLE 23X1 INTL |
| NSBD6 | 5551850510 | SAFETY NEEDLE 25X1 INTL |
| NSBD6 | 5551850558 | SAFETY NEEDLE 25X5/8 INTL |
| NSBD6 | 5551850810 | SAFETY NEEDLE 18X1 INTL |
| NSBD6 | 5551850815 | SAFETY NEEDLE 18X1 1/2 INTL |
| NSBD6 | 5551850910 | SAFETY NEEDLE 19X1 INTL |
| NSBD6 | 5551850915 | SAFETY NEEDLE 19X1 1/2 INTL |
| NSBD6 | 8881850010 | SAFETY NEEDLE 20 X 1 |
| NSBD6 | 8881850015 | SAFETY NEEDLE 20 X 1 1/2 |
| NSBD6 | 8881850110 | SAFETY NEEDLE 21 X 1 |
| NSBD6 | 8881850115 | SAFETY NEEDLE 21 X 1 1/2 |
| NSBD6 | 8881850158 | SAFETY NEEDLE 21 X 5/8 |
| NSBD6 | 8881850210 | SAFETY NEEDLE 22 X 1 |
| NSBD6 | 8881850215 | SAFETY NEEDLE 22 X 1 1/2 |
| NSBD6 | 8881850310 | SAFETY NEEDLE 23 X 1 |
| NSBD6 | 8881850358 | SAFETY NEEDLE 23 X 5/8 |
| NSBD6 | 8881850510 | SAFETY NEEDLE 25 X 1 |
| NSBD6 | 8881850558 | SAFETY NEEDLE 25 X 5/8 |
| NSBD6 | 8881850810 | SAFETY NEEDLE 18 X 1 |
| NSBD6 | 8881850815 | SAFETY NEEDLE 18 X 1 1/2 |
| NSBD6 | 8881850910 | SAFETY NEEDLE 19 X 1 |
| NSBD6 | 8881850915 | SAFETY NEEDLE 19 X 1 1/2 |
| NSBD6 | R8881850010 | SAFETY NEEDLE 20 X 1 RECALL |
| NSBD6 | R8881850015 | SAFETY NEEDLE 20 X 1.5 RECALL |
| NSBD6 | R8881850110 | SAFETY NEEDLE 21 X 1 RECALL |
| NSBD6 | R8881850115 | SAFETY NEEDLE 21 X 1.5 RECALL |
| NSBD6 | R8881850210 | SAFETY NEEDLE 22 X 1 RECALL |
| NSBD6 | R8881850215 | SAFETY NEEDLE 22 X 1.5 RECALL |
| NSBD6 | R8881850310 | SAFETY NEEDLE 23 X 1 RECALL |
| NSBD6 | R8881850358 | SAFETY NEEDLE 23 X 5/8 RECALL |
| NSBD6 | R8881850510 | SAFETY NEEDLE 25 X 1 RECALL |



| | | |
|---|---|---|
| BOSCH | 8901209121 | MAGELLAN SAFE BC HOLDER 1 210 |
| BOSCH | 8901299122 | MAGELLAN SAFE BC HOLDER 1 220 |